1 | ADRIENNE C. PUBLICOVER (State Bar No. 161432)
  | REBECCA LABAT CROSBY (State Bar No. 221241)
2 | WILSON, ELSER, MOSKOWITZ,
  | EDELMAN & DICKER LLP
3 | 525 Market Street, 17th Floor
  | San Francisco, California 94105
4 | Telephone:   (415) 433-0990
  | Facsimile:   (415) 434-1370

Attorneys for Defendants,
LVMH MOET HENNESSY LOUIS VUITTON, INC.
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TIMOTHY GREEN, | ) Case No.: C05-05265 BZ |
|---|---|
|  | ) |
| Plaintiff, | ) |
|  | ) **STIPULATION TO *DE NOVO* STANDARD** |
| v. | ) **OF REVIEW** |
|  | ) |
| LVMH MOET HENNESSY LOUIS VUITTON, INC. LONG TERM DISABILITY PLAN, | ) |
|  | ) |
| Defendant. | ) |

Paintiff Timothy Green ("Plaintiff") and Defendant LVMH MOET HENNESSY LOUIS VUITTON, INC. LONG TERM DISABILITY PLAN by and through their counsel of record, hereby enter into this Stipulation with reference to the following:

The parties hereby stipulate and propose as follows:

1. That the standard of review in this matter is *de novo*;

2. That the July 5, 2006 hearing date on Plaintiff's Motion to Set Standard of Review is hereby vacated.

//

//

//

//

1
STIPULATION TO DE NOVO REVIEW

458066.1

Dated: June 27, 2006

                      LEWIS, FEINBERG, RENAKER & JACKSON

                  /s/ Vincent Cheng
           By: _____
              Teresa Renaker
              Vincent Cheng
              Attorneys for Plaintiff
              TIMOTHY GREEN

Dated: June 28, 2006

                      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER

                  /s/ Rebecca Labat Crosby
           By: _____.
              Adrienne C. Publicover
              Rebecca Labat Crosby
              Attorneys for Defendant
              LVMH MOET HENNESSY LOUIS VUITTON, INC.
              LONG TERM DISABILITY PLAN

## ORDER

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that:

1. The standard of review in this matter is *de novo*;

2. The July 5, 2006 hearing date on Plaintiff's Motion to Set Standard of Review is hereby vacated.

Dated: June 28, 2006         By: _____
                                    UNITED STATES MAGISTRATE JUDGE
                                    Hon. Bernard Zimmerman

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Bernard Zimmerman]