| | |
|---|---|
| 1 | Teresa S. Renaker – CA State Bar No. 187800 |
| | Email: trenaker@lewisfeinberg.com |
| 2 | Vincent Cheng – CA State Bar No. 230827 |
| | Email: vcheng@lewisfeinberg.com |
| 3 | LEWIS, FEINBERG, RENAKER & JACKSON, P.C. |
| | 1330 Broadway, Suite 1800 |
| 4 | Oakland, CA 94612 |
| | Telephone: (510) 839-6824 |
| 5 | Facsimile: (510) 839-7839 |
| 6 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY GREEN, | Case No. C05-05265 BZ |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER APPROVING PRIVATE MEDIATION** |
| LVMH MOET HENNESSY LOUIS VUITTON, INC. LONG TERM DISABILITY PLAN, | [Civil L.R. 6-1; ADR L.R. 3-4(b)] |
| Defendant. | |

WHEREAS the parties have met and conferred by telephone to select an ADR process and a private mediator,

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Timothy Green and Defendant LVMH Moet Hennessy Louis Vuitton, Inc. Long Term Disability Plan, through their respective attorneys of record, that the parties will pursue private mediation to be facilitated

//
//

STIPULATION AND [PROPOSED] ORDER APPROVING PRIVATE MEDIATION
[CASE NO. C05-05265 BZ]   Page 1

1 | by private mediator Michael Loeb, Esq. on August 23, 2006.

3 | Dated: 7/21/06

LEWIS, FEINBERG,
RENAKER & JACKSON, P.C.

By: /s/ *signature*
Teresa Renaker
Vincent Cheng
Attorneys for Plaintiff

8 | Dated: 7/20/06

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER

By: /s/ *signature*
Adrienne C. Publicover
Christopher Queally
Attorneys for Defendant

14 | IT IS SO ORDERED.

16 | Dated: 7/24/2006

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA seal*

IT IS SO ORDERED
*/s/ Bernard Zimmerman*
Judge Bernard Zimmerman