1 Teresa S. Renaker – CA State Bar No. 187800
Email: trenaker@lewisfeinberg.com
2 Vincent Cheng – CA State Bar No. 230827
Email: vcheng@lewisfeinberg.com
3 LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
4 Oakland, CA 94612
Telephone: (510) 839-6824
5 Facsimile: (510) 839-7839

6 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TIMOTHY GREEN, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. C05-05265 BZ |
| vs. | ) | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| LVMH MOET HENNESSY LOUIS VUITTON, INC. LONG TERM DISABILITY PLAN, | ) | |
| Defendant. | ) | |

18 / /
19 / /
20 / /
21 / /
22 / /
23 / /
24 / /
25 / /
26 / /
27 / /
28

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
[CASE NO. C05-05265 BZ]                                                                                          Page 1

1  Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff TIMOTHY GREEN and Defendant LVMH
2  MOET HENNESSY LOUIS VUITTON, INC. LONG TERM DISABILITY PLAN, by and
3  through their respective attorneys of record, hereby stipulate that this matter be dismissed with
4  prejudice, each party to bear its own costs of suit and attorneys' fees.

6  Dated: September 14, 2006

Respectfully submitted,

LEWIS, FEINBERG,
RENAKER & JACKSON, P.C.

By: _____
Teresa S. Renaker
Vincent Cheng
Attorneys for Plaintiff

12 Dated: Sept 15, 2006

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Adrienne C. Publicover
Attorneys for Defendant

19  IT IS SO ORDERED.

20  Dated: September 27, 2006

IT IS SO ORDERED
Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
[CASE NO. C05-05265 BZ]